810

HARTFORD NATIONAL BANK AND TRUST COMPANY
*v.* FLORENCE I. BOWERS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 656, is denied.

*Dwight O. Schweitzer,* in support of the petition.

Decided June 7, 1985

STATE OF CONNECTICUT *v.* DONALD D. WEST

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 650, is denied.

*Michael R. Sheldon* and *Stephen R. Sarnoski,* certified legal intern, in support of the petition.

*William Domnarski,* deputy assistant state's attorney, in opposition.

Decided June 7, 1985

LEO DERDERIAN *v.* ELIZABETH DERDERIAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 522, is denied.

*John H. Parks,* in support of the petition.

*Edward Pontacoloni,* in opposition.

Decided June 12, 1985